## JOHNSON, administrator, *v.* McDANIEL.

FISH, C. J. This case upon its facts is controlled by the decision in *Johnson* v. *DeLaperriere*, 136 *Ga.* 554 (71 S. E. 874).

    *Judgment affirmed. Beck, J., absent. The other Justices concur.*

AUGUST 22, 1911.

Appeal. Before Judge Brand. Jackson superior court. July 13, 1910.

*P. Cooley* and *Ray & Ray,* for plaintiff.

*J. S. Ayers* and *J. A. B. Mahaffey,* for defendant.